UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| HELEN G. VILLEGAS, | ) ED CV 14-00874-SH |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: February 2, 2015

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE